01-18-00293-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

MAY 25 2018

CHRISTOPHER A. PRINE
CLERK _____

5-23-18

MR. PRINE,

My name is Gregorio Guerrero JR. TDCJ # 1893089, Im currenlty at the Clemens unit at 11034-Hwy 36, Brazoria. Tx 77422. my case # is 1379958.

I recently recived a notice that the reporters record has been Filled on May 21, 2018. I would like to know how can I get a copy of these documents? or will I have to pay for them?

Also I got a notice stating that Im pro-se? How can that be possible? I was under the Influence that MANDY MILLER and BRIAN M. MIDDLETON were my lawyers. They never notified me that they resign From my case or filed any anders brief. Did they abandon my case. If So they provided me with ineffective assistance of cansel.

That being Stated, He Said I was indigent which brings me to request of the court of an court appointed Counsel.

NORTH HOUSTON TX 773

2ᵈ MAY 2018 PM 1 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 2 5 2018

CHRISTOPHER A. PRINE
CLERK

USA
FOREVER

Gregorio Guerrero
#1493059 - Clemens
11034 - Hwy 36
Brazoria, TX 77422

Legal
Mail

Christopher Prine
Court of appeal, First District
301 Fannin Street
Houston, Texas 77003 - 3066

77002-701499

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION